RENE L. VALLADARES
Federal Public Defender
MONIQUE KIRTLEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Monique_Kirtley@fd.org

Attorney for Paulino Nicolas-De La Cruz

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PAULINO NICOLAS-DE LA CRUZ,<br><br>　　　　　Defendant. | Case No. 2:17-cr-00128-JCM-PAL<br><br>**STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING**<br>(Second Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and Kathryn C. Newman. Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Monique Kirtley, Assistant Federal Public Defender, counsel for Paulino Nicolas-De La Cruz, that the Revocation of Supervised Release hearing currently scheduled for Thursday, June 1, 2017 at 10:30 a.m., be vacated and set to a date and time convenient to this Court but no sooner than seven (7) days.

　　　　The Stipulation is entered into for the following reasons:

　　　　1.　　Counsel will be out of the district during the currently scheduled Revocation of Supervised Release hearing date.

　　　　2.　　The client is in custody and does not oppose the continuance.

3. Denial of this request for continuance would deny counsel for the defendant sufficient time to effectively review and investigate the allegations in the petition, in the event the parties are unable to reach a global resolution.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second stipulation to continue filed herein.

DATED this 16th day of May, 2017.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | STEVEN W. MYHRE<br>Acting United States Attorney |
| */s/ Monique Kirtley*<br>By_____<br>MONIQUE KIRTLEY<br>Assistant Federal Public Defender | */s/ Kathryn C. Newman*<br>By_____<br>KATHRYN C. NEWMAN<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PAULINO NICOLAS-DE LA CRUZ,<br><br>　　　　Defendant. | Case No. 2:17-cr-00128-JCM-PAL<br><br>**ORDER** |

　　Based on the pending Stipulation of counsel, and good cause appearing,

　　IT IS THEREFORE ORDERED that the Revocation of Supervised Release Hearing currently scheduled on Thursday, June 1, 2017 at 10:00 a.m. be vacated and continued to **Tuesday, June 27, 2017 at 10:30 a.m.**

　　DATED May 18, 2017.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE